IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MILTON THOMAS ANDERSON**                                                              **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO. 1:10cv213-JMR**

**JACKSON COUNTY and KEN BROADUS**                                          **DEFENDANTS**

_____

### FINAL JUDGMENT

This matter came on to be heard on the Motion [41-1] for Summary Judgment filed by Defendants, on February 17, 2011. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 22nd day of June, 2011.

                                                        s/ John M. Roper, Sr.
                                        CHIEF UNITED STATES MAGISTRATE JUDGE